VINCENT CULLEN, Appellant, v. PIERRE DE SAINT-PHALLE and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

ELI BERMAN Co., INC., Respondent, v. 721 FIFTH AVENUE CORPORATION and Another, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

JAMES P. GAGIN, Respondent, v. EDWARD LOCKMAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.; Martin, J., dissents.

HARRY C. ZAUN, Respondent, v. FRANK H. KNIGHTON and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

ANDREW BOLOGNINO, Appellant, v. MARIZZA L. BOLOGNINO, Also Known as LUCY BOLOGNINO, Also Known as ALICE BOLOGNINO, Respondent.—Order affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.; Merrell and Sherman, JJ., dissent. [136 Misc. 656.]

In the Matter of the Arbitration between IRVING R. BOODY & COMPANY, Agents for the EAST ASIATIC Co., LTD., COPENHAGEN, Respondent, and FREY & HORGAN CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

VARTAN A. HAMPIKIAN and Others, Appellants, v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ. [136 Misc. 520.]

VARTAN A. HAMPIKIAN and Others, Appellants, v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ. [136 Misc. 520.]

COMMERCIAL CREDIT CORPORATION, Appellant, v. NORTHERN WESTCHESTER BANK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

CLARA FRIEDMAN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order reversed, with costs and disbursements, and the verdict reinstated. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

FREDERICK W. BROOKS, JR., Doing Business, etc., Appellant, v. FIRST AMERICAN NATURAL FERNS Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

LOUIS M. KOMMEL and Another, Appellants, v. CANADIAN SAWDUST Co., LTD., a Foreign Corporation, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiffs to serve an amended complaint within twenty days from service of order upon payment of said costs and the costs awarded to the defendant by the order appealed from. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

MARGARET E. McELWEE, Respondent, v. HERMAN GLASSER, Appellant.—